IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEFFREY HAMMER**, as assignee of Michael Rupnicki, Individually and d/b/a MR. TREE, and **DANIEL SHAUGHNESSY**, as Administrator of the ESTATE OF DEVIN WADE SHAUGHNESSY, *Plaintiff*, v. **WESTERN WORLD, AN AIG COMPANY** *Defendant.* | : : : : : : : : : : : : : : | **CIVIL ACTION** No. 23-1454 |

### ORDER

AND NOW, this 9th day of October 2024, upon consideration of Plaintiff Jeffrey Hammer's Motion for Summary Judgment (ECF 26), Defendant Western World Insurance Company's Cross-Motion for Summary Judgment (ECF 27), Western World's Response to Plaintiff's Motion (ECF 29) and Plaintiff's Response to Western World's Motion (ECF 30), and consistent with the accompanying Memorandum of Law it is **ORDERED** that Western World's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**. Western World is not obligated to defend or indemnify Plaintiff in the underlying state court action. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*